# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scarcella, Louis A. | U.S. Bankruptcy Court - Eastern District of New York | 06/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

United States Bankruptcy Court, Eastern District of New York
Alfonse M.D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | The Maurice A. Deane School of Law at Hofstra University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. Spr 2020 | Adjunct Professor, The Maurice A. Deane School of Law at Hofstra University (W-2) | $7,500.00 |
| 2. Fall 2020 | Adjunct Professor, The Maurice A. Deane School of Law at Hofstra University (W-2) | $7,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Long Island University -- salary (W-2) |
| 2. 2020 | NYS Teachers' Retirement System |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property, Woodbury, Nassau County, NY | E | Rent | O | W | | | | | |
| 2. Citibank (accounts) -- cash equivalent | A | Interest | M | T | | | | | |
| 3. Chase (accounts) - cash equivalent | A | Interest | K | T | | | | | |
| 4. Columbia Acorn International Fund-1 | D | Dividend | L | T | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. - UBS Bank USA Dep Account -- cash equivalent | A | Interest | J | T | | | | | |
| 7. - SMCWX | B | Dividend | M | T | | | | | |
| 8. - AEPGX | A | Dividend | M | T | | | | | |
| 9. - ANCFX | C | Dividend | M | T | | | | | |
| 10. Brokerage Account #3 (H) | | | | | | | | | |
| 11. - FSTFX | A | Dividend | L | T | | | | | |
| 12. - FDRXX | A | Dividend | L | T | | | | | |
| 13. Brokerage Account #4 (IRA) (H) | | | | | | | | | |
| 14. - FDRXX | A | Dividend | M | T | Sold (part) | 02/07/20 | J | | |
| 15. | | | | | Sold (part) | 02/18/20 | J | | |
| 16. | | | | | Sold (part) | 08/14/20 | J | | |
| 17. | | | | | Buy (add'l) | 09/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/09/20 | J | | |
| 19. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 20.   - KBWB | | | | | Sold | 02/24/20 | K | B | |
| 21.   - EWZ | A | Dividend | | | Sold | 02/24/20 | K | A | |
| 22.   - EWW | | None | | | Sold | 02/24/20 | K | B | |
| 23.   - IEUR | | None | | | Sold | 02/24/20 | K | C | |
| 24.   - BIZD | A | Dividend | | | Sold | 02/24/20 | K | A | |
| 25.   - VBR | | None | | | Sold | 02/24/20 | L | D | |
| 26.   - VO | A | Dividend | K | T | Sold (part) | 02/24/20 | L | D | |
| 27.   - VV | A | Dividend | K | T | Sold (part) | 02/24/20 | L | D | |
| 28.   - EPI | | None | | | Sold | 02/24/20 | K | A | |
| 29.   - SNLN | A | Dividend | | | Sold | 02/07/20 | K | | |
| 30.   - SJNK | B | Dividend | K | T | Buy | 02/07/20 | K | | |
| 31.   - SCHD | A | Dividend | K | T | Buy | 02/24/20 | K | | |
| 32.   - VEA | C | Dividend | M | T | Buy | 02/24/20 | M | | |
| 33.   - VIG | B | Dividend | L | T | Buy | 02/24/20 | L | | |
| 34.   - VTV | B | Dividend | K | T | Buy | 02/24/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - VWO | B | Dividend | L | T | Buy | 02/24/20 | L | | |
| 36.  - VCIT | A | Dividend | K | T | Buy | 02/24/20 | K | | |
| 37.  - ITB | A | Dividend | K | T | Buy | 02/24/20 | K | | |
| 38.  Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 39.  - FDRXX | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 40. | | | | | Sold<br>(part) | 02/07/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 42. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 43. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 45. | | | | | Sold<br>(part) | 04/15/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 48. | | | | | Sold<br>(part) | 04/24/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 05/06/20 | J | | |
| 50. | | | | | Sold<br>(part) | 05/19/20 | J | | |
| 51. | | | | | Sold<br>(part) | 05/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/09/20 | J | | |
| 53. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 54. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 55. | | | | | Sold (part) | 08/27/20 | J | | |
| 56. | | | | | Sold (part) | 10/14/20 | J | | |
| 57. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 58. | | | | | Sold (part) | 11/04/20 | J | | |
| 59. | | | | | Sold (part) | 11/05/20 | J | | |
| 60. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 61. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 62. | | | | | Sold (part) | 11/18/20 | J | | |
| 63. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 64. | | | | | Sold (part) | 12/04/20 | J | | |
| 65.   - SNLN | A | Dividend | | | Sold | 02/07/20 | J | A | |
| 66.   - CMBS | A | Dividend | J | T | Buy | 02/07/20 | J | | |
| 67. | | | | | Sold (part) | 04/16/20 | J | A | |
| 68.   - FLOT | A | Dividend | | | Sold (part) | 02/07/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 70. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 71. | | | | | Sold | 10/14/20 | K | A | |
| 72. - SLQD | A | Dividend | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 73. | | | | | Sold | 06/09/20 | K | A | |
| 74. -SPIB | A | Dividend | | | Sold<br>(part) | 04/16/20 | J | A | |
| 75. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 76. | | | | | Sold | 10/14/20 | J | A | |
| 77. - VCIT | A | Dividend | K | T | Buy<br>(add'l) | 02/07/20 | J | | |
| 78. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 79. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 81. - SJNK | A | Dividend | K | T | Buy | 02/07/20 | J | | |
| 82. | | | | | Sold<br>(part) | 04/14/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 87.   - VMBS | A | Dividend | K | T | Buy | 10/14/20 | K | | |
| 88.   - PFFD | A | Dividend | J | T | Buy | 11/05/20 | J | | |
| 89. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 90.   - AGN | A | Dividend | | | Sold | 04/16/20 | J | A | |
| 91.   - MDT | A | Dividend | J | T | | | | | |
| 92.   - T | A | Dividend | J | T | | | | | |
| 93.   - A | A | Dividend | J | T | | | | | |
| 94.   - GOOG | | None | J | T | | | | | |
| 95.   - TT | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 96.   - ADI | A | Dividend | | | Sold | 03/18/20 | J | | |
| 97.   - ANTM | A | Dividend | | | Sold | 05/19/20 | J | A | |
| 98.   - AAPL | A | Dividend | J | T | | | | | |
| 99.   - ARCC | A | Dividend | | | Sold | 06/30/20 | J | | |
| 100.  - BAC | A | Dividend | | | Sold | 05/19/20 | J | | |
| 101.  - BDX | A | Dividend | J | T | | | | | |
| 102.  - AVGO | A | Dividend | J | T | Sold (part) | 11/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - BRKB | | None | J | T | Buy | 04/16/20 | J | | |
| 104.  - BX | A | Dividend | J | T | Buy | 08/27/20 | J | | |
| 105.  - CCL | A | Dividend | | | Sold | 03/11/20 | J | | |
| 106.  - CVX | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 107.  - CNK | A | Dividend | J | T | Buy | 11/13/20 | J | | |
| 108.  - CSCO | A | Dividend | J | T | | | | | |
| 109.  - C | A | Dividend | J | T | | | | | |
| 110.  - STZ | A | Dividend | J | T | | | | | |
| 111.  - DIS | | None | | | Buy | 03/18/20 | J | | |
| 112.  - DOW | A | Dividend | J | T | Sold | 03/19/20 | J | | |
| 113.  - DNKN | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 114. | | | | | Sold | 07/28/20 | J | | |
| 115.  - GIS | A | Dividend | J | T | | | | | |
| 116.  - GM | A | Dividend | J | T | Buy (add'l) | 04/24/20 | J | | |
| 117.  - HD | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 118.  - JPM | A | Dividend | J | T | | | | | |
| 119.  - JNJ | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - KMI | A | Dividend | J | T | | | | | |
| 121. - LRCX | A | Dividend | | | Sold | 05/06/20 | J | A | |
| 122. - LMT | | | | | Sold | 07/22/20 | J | | |
| 123. - MCD | A | Dividend | J | T | | | | | |
| 124. - MCHP | A | Dividend | | | Sold | 04/16/20 | J | | |
| 125. - MRK | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 126. - MET | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 127. - MSFT | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 128. - NOK | | None | J | T | | | | | |
| 129. - NOC | A | Dividend | | | Sold | 04/16/20 | J | | |
| 130. - PANW | | None | J | T | Buy | 06/13/20 | J | | |
| 131. - PYPL | | None | J | T | Sold (part) | 08/27/20 | J | A | |
| 132. - PM | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 133. - QCOM | A | Dividend | J | T | | | | | |
| 134. - RTN | A | Dividend | J | T | Merged (with line 135) | 04/03/20 | J | | |
| 135. - RTX | A | Dividend | J | T | | 04/06/20 | J | | |
| 136. -RHHBY | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  - SIX | A | Dividend | | | Sold | 03/19/20 | J | | |
| 138.  - TJX | A | Dividend | J | T | | | | | |
| 139.  - TSM | A | Dividend | J | T | Sold<br>(part) | 03/27/20 | J | | |
| 140.  - TGT | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 141.  - VOD | A | Dividend | J | T | | | | | |
| 142.  - WBA | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 143.  - XPO | | None | J | T | | | | | |
| 144.  - ZBRA | | None | J | T | Buy | 03/18/20 | J | | |
| 145. | | | | | Sold<br>(part) | 11/13/20 | J | A | |
| 146.  - WPC | A | Dividend | J | T | | | | | |
| 147.  - NEEPRN | A | Interest | | | Buy | 02/25/20 | J | | |
| 148. | | | | | Sold | 11/03/20 | J | | |
| 149.  - JPMPRD | | None | | | Buy | 04/15/20 | J | | |
| 150. | | | | | Sold | 05/01/20 | J | A | |
| 151.  - CMSD | A | Interest | | | Buy | 04/16/20 | J | | |
| 152. | | | | | Sold | 11/04/20 | J | | |
| 153.  - NRZPRB | A | Dividend | | | Sold<br>(part) | 04/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 12/03/20 | J | | |
| 155.  - AGNCO | A | Dividend | | | Sold<br>(part) | 04/17/20 | J | | |
| 156. | | | | | Sold | 11/06/20 | J | | |
| 157.  - NLYPRF | A | Dividend | | | Sold<br>(part) | 04/17/20 | J | | |
| 158. | | | | | Sold | 11/09/20 | J | | |
| 159.  - SREA | A | Interest | J | T | Sold | 11/06/20 | J | A | |
| 160.  - BXMT | A | Dividend | | | Buy | 04/24/20 | J | | |
| 161. | | | | | Sold | 06/30/20 | J | | |
| 162.  - BACPRB | A | Dividend | | | Buy | 01/02/20 | J | | |
| 163. | | | | | Sold | 02/25/20 | J | A | |
| 164.  - LQD | A | Dividend | | | Buy | 06/09/20 | J | | |
| 165. | | | | | Sold | 10/19/20 | J | A | |
| 166.  Brokerage Account #6 (IRA) (H) | | | | | | | | | |
| 167.  - FDRXX | A | Dividend | M | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 169. | | | | | Sold<br>(part) | 02/18/20 | L | | |
| 170. | | | | | Sold<br>(part) | 02/20/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 02/24/20 | K | | |
| 172. | | | | | Sold (part) | 02/28/20 | K | | |
| 173. | | | | | Buy (add'l) | 03/04/20 | K | | |
| 174. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 175. | | | | | Sold (part) | 03/16/20 | J | | |
| 176. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 177. | | | | | Sold (part) | 03/27/20 | J | | |
| 178. | | | | | Sold (part) | 03/30/20 | J | | |
| 179. | | | | | Sold (part) | 04/07/20 | J | | |
| 180. | | | | | Sold (part) | 04/17/20 | J | | |
| 181. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 182. | | | | | Sold (part) | 04/28/20 | J | | |
| 183. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 184. | | | | | Sold (part) | 05/15/20 | J | | |
| 185. | | | | | Buy (add'l) | 05/18/20 | K | | |
| 186. | | | | | Sold (part) | 05/20/20 | J | | |
| 187. | | | | | Sold (part) | 05/21/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 06/01/20 | K | | |
| 189. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 190. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 191. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 192. | | | | | Buy (add'l) | 07/06/20 | K | | |
| 193. | | | | | Buy (add'l) | 07/08/20 | K | | |
| 194. | | | | | Sold (part) | 07/13/20 | K | | |
| 195. | | | | | Sold (part) | 07/22/20 | J | | |
| 196. | | | | | Sold (part) | 07/23/20 | J | | |
| 197. | | | | | Sold (part) | 07/28/20 | J | | |
| 198. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 199. | | | | | Sold (part) | 08/14/20 | J | | |
| 200. | | | | | Sold (part) | 08/27/20 | J | | |
| 201. | | | | | Buy (add'l) | 09/03/20 | K | | |
| 202. | | | | | Sold (part) | 09/08/20 | K | | |
| 203. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 204. | | | | | Buy (add'l) | 09/18/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 10/01/20 | J | | |
| 206. | | | | | Buy (add'l) | 10/07/20 | K | | |
| 207. | | | | | Sold (part) | 10/13/20 | K | | |
| 208. | | | | | Sold (part) | 10/15/20 | K | | |
| 209. | | | | | Buy (add'l) | 10/27/20 | K | | |
| 210. | | | | | Buy (add'l) | 10/28/20 | K | | |
| 211. | | | | | Sold (part) | 10/29/20 | K | | |
| 212. | | | | | Buy (add'l) | 11/06/20 | K | | |
| 213. | | | | | Buy (add'l) | 11/09/20 | K | | |
| 214. | | | | | Sold (part) | 11/10/20 | K | | |
| 215. | | | | | Sold (part) | 11/13/20 | K | | |
| 216. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 217. | | | | | Sold (part) | 11/18/20 | J | | |
| 218. | | | | | Sold (part) | 11/19/20 | K | | |
| 219. | | | | | Sold (part) | 12/10/20 | K | | |
| 220. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 221. | | | | | Buy (add'l) | 12/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. - AGN | A | Dividend | | | Sold | 03/11/20 | J | A | |
| 223. - MDT | A | Dividend | J | T | | | | | |
| 224. - LYB | A | Dividend | | | Sold | 03/11/20 | J | | |
| 225. - T | A | Dividend | J | T | | | | | |
| 226. - GOOG | | None | J | T | Sold<br>(part) | 07/13/20 | J | A | |
| 227. - ADI | A | Dividend | | | Sold | 03/11/20 | J | | |
| 228. - ANTM | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 229. - AAPL | A | Dividend | J | T | Sold<br>(part) | 07/13/20 | J | A | |
| 230. - ARCC | A | Dividend | | | Sold | 06/30/20 | J | | |
| 231. - BAC | A | Dividend | | | Sold | 05/20/20 | J | | |
| 232. - BDX | A | Dividend | J | T | | | | | |
| 233. - BMY | A | Dividend | J | T | Sold<br>(part) | 01/07/20 | J | A | |
| 234. - AVGO | A | Dividend | J | T | Sold<br>(part) | 01/07/20 | J | A | |
| 235. | A | Dividend | | | Sold<br>(part) | 11/13/20 | J | A | |
| 236. - CCL | A | Dividend | J | T | Sold | 03/11/20 | J | | |
| 237. - CSCO | A | Dividend | J | T | | | | | |
| 238. - C | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - STZ | A | Dividend | J | T | | | | | |
| 240.  - DOW | A | Dividend | | | Sold | 03/11/20 | J | | |
| 241.  - DNKN | A | Dividend | | | Buy (add'l) | 03/30/20 | J | | |
| 242. | | | | | Sold (part) | 07/06/20 | J | | |
| 243. | | | | | Sold | 07/28/20 | J | A | |
| 244.  - XOM | A | Dividend | | | Sold | 03/11/20 | J | | |
| 245.  - F | A | Dividend | | | Sold | 03/11/20 | J | | |
| 246.  - GIS | A | Dividend | J | T | | | | | |
| 247.  - GM | A | Dividend | J | T | | | | | |
| 248.  - JPM | A | Dividend | J | T | | | | | |
| 249.  - JNJ | A | Dividend | J | T | | | | | |
| 250.  - KMI | A | Dividend | J | T | | | | | |
| 251.  - LRCX | A | Dividend | | | Sold (part) | 01/07/20 | J | A | |
| 252. | | | | | Sold | 05/06/20 | J | | |
| 253.  - LMT | A | Dividend | | | Sold | 07/13/20 | J | | |
| 254.  - MCD | A | Dividend | J | T | | | | | |
| 255.  - MCHP | A | Dividend | | | Sold | 07/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - NOK | | None | J | T | | | | | |
| 257.  - NOC | A | Dividend | | | Sold | 04/17/20 | J | | |
| 258.  - PYPL | | None | J | T | | | | | |
| 259.  - RTX | A | Dividend | J | T | Sold | 04/06/20 | J | | |
| 260.  - RHHBY | A | Dividend | | | Sold | 07/22/20 | J | | |
| 261.  - SIX | A | Dividend | | | Sold | 03/19/20 | J | | |
| 262.  - TJX | A | Dividend | J | T | | | | | |
| 263.  - TSM | A | Dividend | J | T | | | | | |
| 264.  - TMO | A | Dividend | J | T | Sold (part) | 04/20/20 | J | A | |
| 265.  - VZ | A | Dividend | J | T | | | | | |
| 266.  - VOD | A | Dividend | | | Sold (part) | 04/20/20 | J | | |
| 267. | | | | | Sold | 08/27/20 | J | | |
| 268.  - WSM | A | Dividend | J | T | Sold (part) | 07/06/20 | J | A | |
| 269.  - XPO | | None | J | T | | | | | |
| 270.  - AGNCO | B | Dividend | | | Sold | 11/06/20 | K | | |
| 271.  - NLYPRI | A | Dividend | | | Sold | 11/06/20 | K | | |
| 272.  - NSAPRA | A | Dividend | | | Sold | 11/06/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  - NEEPRN | B | Dividend | K | T | | | | | |
| 274.  -TWOPRE | B | Dividend | | | Sold | 11/18/20 | K | | |
| 275.  - Spirit Aerosystems Inc Note Floating Coupon | A | Interest | | | Sold | 05/18/20 | J | | |
| 276.  - United Technologies Corp Note Floating | A | Interest | | | Redeemed | 03/04/20 | K | | |
| 277.  - Great Plains Energy Inc Note Fixed | A | Interest | K | T | | | | | |
| 278.  - PBF Logistics LP Note Fixed | A | Interest | | | Sold | 05/18/20 | K | | |
| 279.  - Icahn Enterprises LP Note Fixed | B | Interest | K | T | | | | | |
| 280.  - Equinix Inc Note Fixed | A | Interest | | | Sold | 07/08/20 | K | | |
| 281.  - Hollyfrontier Corp Note Fixed | A | Interest | | | Sold | 09/18/20 | K | A | |
| 282.  - MPT operating Partnership LP Note Fixed | B | Interest | K | T | | | | | |
| 283.  - Assurant Inc Note Variable | A | Interest | K | T | | | | | |
| 284.  - Dominion Res Inc Note Fixed | B | Interest | K | T | | | | | |
| 285.  - Vulcan Matls Co Note | A | Interest | | | Sold | 07/06/20 | K | A | |
| 286.  - BXMT | A | Dividend | | | Sold | 06/30/20 | J | | |
| 287.  - WPC | A | Dividend | J | T | | | | | |
| 288.  - TT | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 289.  - ABBV | A | Dividend | J | T | Buy | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - BRKB | | None | J | T | Buy | 04/17/20 | J | | |
| 291. - BX | A | Dividend | J | T | Buy | 08/27/20 | J | | |
| 292. - BRKR | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 293. - CVX | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 294. - CNK | | None | J | T | Buy | 11/13/20 | J | | |
| 295. - DIS | | None | J | T | Buy | 03/11/20 | J | | |
| 296. - HD | A | Dividend | J | T | Buy | 03/11/20 | J | | |
| 297. - HON | A | Dividend | J | T | Buy | 07/13/20 | J | | |
| 298. - IBM | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 299. - MRK | A | Dividend | J | T | Buy | 03/11/20 | J | | |
| 300. - MET | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 301. - MSFT | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 302. | | | | | Sold (part) | 11/13/20 | J | A | |
| 303. - PANW | | None | J | T | Buy | 06/30/20 | J | | |
| 304. | | | | | Sold (part) | 11/13/20 | J | A | |
| 305. - PM | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 306. - QCOM | A | Dividend | J | T | Buy | 01/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold<br>(part) | 07/23/20 | J | A | |
| 308.  - TGT | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 309.  - WBA | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 310.  - ZBRA | | None | J | T | Buy | 03/11/20 | J | | |
| 311. | | | | | Sold<br>(part) | 05/20/20 | J | A | |
| 312.  - ALLPRH | A | Dividend | K | T | Buy | 09/08/20 | K | | |
| 313.  - Bank of America Bond Floating | B | Interest | K | T | Buy | 02/28/20 | K | | |
| 314.  - Sempra Energy Bond Foating | | None | K | T | Buy | 12/10/20 | K | | |
| 315.  - Phillips 66 Note Fixed | A | Interest | J | T | Buy | 03/16/20 | J | | |
| 316.  - Retail Opportunity Inv Note Fixed | A | Interest | K | T | Buy | 10/13/20 | K | | |
| 317.  - Western Digital Corp Bond Fixed | | None | K | T | Buy | 11/10/20 | K | | |
| 318.  - Owl Rock Capital Note Fixed | A | Interest | K | T | Buy | 02/20/20 | K | | |
| 319.  - Expedia Group Inc Note Fixed | | None | K | T | Buy | 11/13/20 | K | | |
| 320.  - United Rental North America Note Fixed | | None | K | T | Buy | 11/18/20 | K | | |
| 321.  - Store Cap Corp Note Fixed | | None | K | T | Buy | 11/19/20 | K | | |
| 322.  - CH Robinson Worldwide Note Fixed | A | Interest | K | T | Buy | 05/21/20 | K | | |
| 323.  - Trimble Inc Note Variable | A | Interest | K | T | Buy | 07/13/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  - Flextronic Int'l Ltd Note Fixed | A | Interest | K | T | Buy | 07/22/20 | K | | |
| 325.  - Vale Overseas Ltd Note Fixed | | None | K | T | Buy | 10/29/20 | K | | |
| 326.  - Kraft Heinz Foods Co Note Fixed | A | None | K | T | Buy | 10/15/20 | K | | |
| 327.  - Juniper Networks Inc Note | A | Interest | | | Buy | 02/18/20 | K | | |
| 328. | | | | | Sold | 10/07/20 | K | A | |
| 329.  - Steel Dynamics Inc Note | B | Interest | | | Buy | 02/18/20 | K | | |
| 330. | | | | | Sold | 11/09/20 | K | | |
| 331.  - Enterprise Prod Oper LLC Note | A | Interest | | | Buy | 02/20/20 | K | | |
| 332. | | | | | Sold | 10/27/20 | K | | |
| 333.  - Axis Speciality Finance LLC Note | | None | | | Buy | 02/24/20 | K | | |
| 334. | | | | | Sold | 04/28/20 | K | | |
| 335.  - Citicorp Cap XIII TR PFD | A | Interest | | | Buy | 03/30/20 | J | | |
| 336. | | | | | Sold | 06/02/20 | J | A | |
| 337.  - Masco Corp Note | A | Interest | | | Buy | 04/28/20 | K | | |
| 338. | A | | | | Sold | 10/28/20 | K | C | |
| 339.  - Fortive Corp Bond | A | Interest | | | Buy | 06/01/20 | K | | |
| 340. | | | | | Sold | 09/03/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  - Bank New York Mellon Corp PFD | A | Dividend | | | Buy | 10/01/20 | J | | |
| 342. | | | | | Sold | 12/21/20 | J | | |
| 343.  Brokerage Account #8 (H) | | | | | | | | | |
| 344.  - FDRXX | A | Dividend | L | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 345. | | | | | Buy<br>(add'l) | 01/28/20 | J | | |
| 346. | | | | | Sold<br>(part) | 02/07/20 | J | | |
| 347. | | | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 348. | | | | | Sold<br>(part) | 02/21/20 | J | | |
| 349. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 350. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 351. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 352. | | | | | Sold<br>(part) | 03/16/20 | J | | |
| 353. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 354. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 355. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 356. | | | | | Sold<br>(part) | 07/22/20 | J | | |
| 357. | | | | | Buy<br>(add'l) | 08/14/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 09/28/20 | J | | |
| 359. | | | | | Sold<br>(part) | 10/16/20 | J | | |
| 360. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 361. - UTX (name change to RTX) - see Part VII | | | J | T | | 04/03/20 | J | | |
| 362. - RTX | A | Dividend | | | Sold | 08/14/20 | J | | |
| 363. -CARR (spinoff) - see Part VII | | | | | Spinoff<br>(from line 361) | 04/03/20 | J | | |
| 364. | | None | | | Sold | 04/24/20 | J | | |
| 365. - OTIS (spinoff) - see Part VII | | | | | Spinoff<br>(from line 361) | 04/03/20 | J | | |
| 366. | | | | | Sold | 04/24/20 | J | | |
| 367. - HD | A | Dividend | J | T | | | | | |
| 368. - AMGN | A | Dividend | J | T | | | | | |
| 369. - JNJ | A | Dividend | J | T | Sold<br>(part) | 02/14/20 | J | A | |
| 370. - KLAC | A | Dividend | | | Sold<br>(part) | 02/04/20 | J | A | |
| 371. | | | | | Sold | 04/08/20 | J | | |
| 372. - MCD | A | Dividend | | | Sold<br>(part) | 06/12/20 | J | | |
| 373. | | | | | Sold | 12/10/20 | J | | |
| 374. - MET | A | Dividend | | | Sold | 04/21/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  - PEP | A | Dividend | | | Sold | 02/07/20 | J | A | |
| 376.  - PSX | | Dividend | | | Sold | 05/07/20 | J | | |
| 377.  - PG | A | Dividend | | | Sold<br>(part) | 02/14/20 | J | A | |
| 378. | | | | | Sold | 05/29/20 | J | | |
| 379.  - ROK | A | Dividend | J | T | Sold<br>(part) | 06/23/20 | J | A | |
| 380.  - SBUX | A | Dividend | J | T | Buy<br>(add'l) | 03/27/20 | J | | |
| 381.  - TXN | A | Dividend | J | T | Sold<br>(part) | 02/04/20 | J | | |
| 382. | | | | | Sold<br>(part) | 06/23/20 | J | | |
| 383.  - MMM | | None | | | Sold | 01/28/20 | J | A | |
| 384.  - USB | A | Dividend | | | Sold | 01/09/20 | J | A | |
| 385.  - WMT | A | Dividend | J | T | Sold<br>(part) | 03/27/20 | | | |
| 386.  - PLD | A | Dividend | J | T | Buy<br>(add'l) | 07/10/20 | J | | |
| 387.  - PSA | | None | | | Sold | 01/09/20 | J | | |
| 388. -ACN | A | Dividend | J | T | Sold<br>(part) | 05/29/20 | J | A | |
| 389.  - MDT | A | Dividend | J | T | | | | | |
| 390.  - MSFT | A | Dividend | J | T | Buy<br>(add'l) | 05/29/20 | J | | |
| 391. | | | | | Sold<br>(part) | 09/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. - BDX | | None | | | Sold | 03/06/20 | J | | |
| 393. - BLK | A | Dividend | J | T | | | | | |
| 394. - CME | A | Dividend | J | T | Sold | 06/29/20 | J | | |
| 395. - CVX | A | Dividend | J | T | | | | | |
| 396. - CSCO | A | Dividend | | | Sold | 08/28/20 | J | | |
| 397. - CMCSA | A | Dividend | J | T | | | | | |
| 398. - COST | A | Dividend | J | T | Sold<br>(part) | 03/27/20 | J | | |
| 399. - EMN | A | Dividend | | | Sold | 02/28/20 | J | | |
| 400. - FIS | A | Dividend | J | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 401. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 402. - GD | A | Dividend | | | Sold<br>(part) | 02/28/20 | J | | |
| 403. | | | | | Sold | 04/01/20 | J | | |
| 404. - ETN | A | Dividend | J | T | Sold<br>(part) | 02/28/20 | J | A | |
| 405. | | | | | Sold<br>(part) | 07/10/20 | J | A | |
| 406. - IFF | A | Dividend | | | Sold | 02/21/20 | J | A | |
| 407. - JPM (see Part VII) | A | Dividend | J | T | Sold<br>(part) | 02/28/20 | J | A | |
| 408. | | | | | Sold<br>(part) | 06/29/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  - AON | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 410.  - TT | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 411.  - ABT | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 412.  - APD | | None | J | T | Buy | 11/13/20 | J | | |
| 413.  - APPL | A | Dividend | J | T | Buy | 01/08/20 | J | | |
| 414. | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 415. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 416. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 417.  - BAC | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 418.  - BSY | | None | J | T | Buy | 12/10/20 | J | | |
| 419.  - BX | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 420. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 421.  - AVGO | A | Dividend | J | T | Buy | 06/23/20 | J | | |
| 422. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 423.  - CASY | A | Dividend | J | T | Buy | 09/25/20 | J | | |
| 424. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 425.  - DIS | | None | J | T | Buy | 02/07/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  - PDPY | | None | J | T | Buy | 10/16/20 | J | | |
| 427.  - HON | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 428. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 429.  - EL | A | Dividend | J | T | Buy | 02/07/20 | J | | |
| 430.  - LMT | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 431. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 432.  - MAS | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 433.  - MA | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 434. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 435. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 436.  - MRK | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 437. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 438. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 439.  - NKE | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 440. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 441.  - QCOM | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 442.  - TMO | A | Dividend | J | T | Buy | 03/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 444. - TKR | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 445. - TFC | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 446. - UTZ | | None | J | T | Buy | 09/28/20 | J | | |
| 447. - VZ | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 448. - BR | A | Dividend | | | Buy | 02/04/20 | J | | |
| 449. | | | | | Sold | 09/17/20 | J | A | |
| 450. - EQIX | A | Dividend | J | T | Buy | 06/23/20 | J | | |
| 451. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 452. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trust


Brokerage Accoutn # 8: Line # 361, on 4/3/20, UTX name change to RTX; and there was a spinoff from UTX into two companies CARR (lines 363 and 364) and OTIS (lines 365 and 366) and then both invetments (CARR and OTIS) were sold on 4/24/20 (see lines 364 and 366)

Brokerage Account # 8: Line 407 - incorectly entered  as JPN on last year's report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Louis A. Scarcella**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544